HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JUSTIN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ANDERSON,<br><br>Defendant. | Case No. 1:18-po-00428-SAB<br><br>**STIPULATION TO CONTINUE CONTESTED HEARING; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Justin Anderson, that the Court continue the contested hearing to February 27 at 10:30 a.m.

On February 8, 2019, Pretrial Services filed a petition alleging four violations of pretrial release. One allegation was that Mr. Anderson had produced a urine sample that tested positively for methamphetamines, but Mr. Anderson denied use. In response, the Court set the matter for a contested hearing on February 20, 2019. To prepare for the hearing, defense counsel may seek to have Mr. Anderson's sample retested by another lab, a process that may take a week or longer. Accordingly, the parties agree to continue the contested hearing to February 27, 2019 at 10:30, to give the parties adequate time to prepare.

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 15, 2019                /s/ Jeffrey Spivak
                                       Jeffrey Spivak
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: February 15, 2019                /s/ Hope Alley
                                       HOPE ALLEY
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JUSTIN ANDERSON

## **O R D E R**

The Court accepts the above stipulation and adopts its terms as the order of this Court. Accordingly, the hearing set for February 20, 2019 at 10:30 a.m. is hereby continued to February 27, 2019 at 10:30 a.m. The Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **February 15, 2019**                     _____
                                                   UNITED STATES MAGISTRATE JUDGE