McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00115-LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR PROTECTIVE ORDER |
| v. | |
| JUSTIN L. ANDERSON, | |
| Defendant. | |

**STIPULATION**

WHEREAS, the discovery in this case is voluminous and contains personal information including but not limited to personal identification numbers, dates of birth, financial account numbers, telephone numbers, residential addresses, and information regarding confidential informants ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant, JUSTIN L. ANDERSON, by and through counsel of record ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

STIPULATION AND [PROPOSED]
ORDER

1

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery to be produced to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery") and applies, going forward, from the date the Order is entered.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view un-redacted documents in the presence of Defense Counsel, defense investigators, or defense support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER

///

///

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated: June 14, 2019                          McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Jeffrey A. Spivak
                                              JEFFREY A. SPIVAK
                                              Assistant United States Attorney

Dated: June 14, 2019

                                              /s/ Erin Snider
                                              ERIN SNIDER
                                              Assistant Federal Defender
                                              Counsel for Defendant Justin Anderson
                                              (as approved by email 6/14/2019)

**ORDER**

IT IS SO FOUND

IT IS SO ORDERED.

Dated: **June 14, 2019**                     **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER                    3