McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00115-LJO-SKO |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE; GOOD CAUSE |
| v. | DATE: January 14, 2020 |
| JUSTIN L. ANDERSON, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial on January 14, 2020.

2.      By this stipulation, defendant now moves to vacate the trial date and set the matter for a status conference on January 21, 2020.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Last week, on December 6, 2019, the undersigned was appointed as counsel for the defendant, after the Court granted the defendant's prior counsel's motion to be relieved. (ECF # 71, 72, 73, 76). Counsel for defendant needs time to review the discovery in this case, consult with his client, explore a possible resolution for the case, and prepare for trial. Counsel cannot be ready for trial on January 14, 2020.

1    b)    Counsel for defendant believes that failure to grant the above-requested

2    continuance would deny him/her the reasonable time necessary for effective preparation, taking

3    into account the exercise of due diligence.

4    c)    Defendant is currently in the custody of the United States Marshals Service.

5    d)    The government does not object to the continuance.

6    e)    Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of January 14, 2020 to January 20,

11   2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12   T4] because it results from a continuance granted by the Court at defendant's request on the basis

13   of the Court's finding that the ends of justice served by taking such action outweigh the best

14   interest of the public and the defendant in a speedy trial.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6  Dated:  December 10, 2019                    McGREGOR W. SCOTT
                                               United States Attorney
7

8                                              /s/ JEFFREY A. SPIVAK
                                               JEFFREY A. SPIVAK
9                                              Assistant United States Attorney

10

11 Dated:  December 10, 2019                    /s/ Dan Harralson
                                               Dan Harralson
12                                             Counsel for Defendant
                                               JUSTIN L. ANDERSON
13                                             (as approved by email 12/10/2019)

14

15

16                          **FINDINGS AND ORDER**

17        IT IS SO FOUND

18
   IT IS SO ORDERED.
19

20    Dated:   **December 11, 2019**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE
21

22

23

24

25

26

27

28