McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00115-LJO-SKO |
|---|---|
| Plaintiff, | <u>AMENDED</u> STIPULATION AND ORDER TO VACATE STATUS CONFERENCE |
| v. | DATE: December 16, 2019 |
| JUSTIN L. ANDERSON, | TIME: 1:00 p.m. |
| Defendant. | Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Justin L. Anderson, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on December 16, 2019.

2. On December 11, 2019, as a result of new defense counsel (who was recently appointed on December 6, 2019 to represent defendant), the Court vacated the January 14, 2020 trial date and set a status conference before the Hon. Lawrence J. O'Neill for January 21, 2020. The parties' stipulation and proposed order to vacate the trial date did not address the status conference currently set in the matter for December 16, 2019.

///

///

///

3. By this stipulation the parties request the Court vacate the December 16, 2019 status conference.

IT IS SO STIPULATED.

Dated: December 11, 2019   McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: December 11, 2019   /s/ Dan Harralson
Dan Harralson
Counsel for Defendant
JUSTIN L. ANDERSON
(as approved by email 12/11/2019)

**ORDER**

The status conference presently set for December 16, 2019 is vacated.

IT IS SO ORDERED.

Dated: **December 12, 2019**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE