1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:19-CR-00115-DAD-SKO

12                       Plaintiff,        JOINT STATUS REPORT AND STIPULATION TO
                                           CONTINUE STATUS CONFERENCE; ORDER
13            v.                           THEREON

14  JUSTIN L. ANDERSON                     DATE: September 2, 2021
                                           TIME: 2:00 p.m.
15                       Defendant.        COURT: Hon. Erica P. Grosjean

16

17          This case is set for status conference on September 2, 2021.  The parties request a continuance to

18  September 9, 2021 to discuss potential resolution.

19                      **JOINT STATUS REPORT AND STIPULATION**

20          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

21  through defendant's counsel of record, hereby submit this joint status report and also stipulate as

22  follows:

23          1.      By previous order, this matter was set for status on September 2, 2021.  By this

24  stipulation, the parties now move to continue the status conference until September 9, 2021 to discuss a

25  plea offer the government has extended to the defendant.

26          2.      On June 10, 2021, the Court issued an arrest warrant on a Petition for Violation of

27  Supervised Release.  (ECF #106).

28          3.      On June 23, 2021, Defendant made his initial appearance on the Supervised Release

Violation.  (ECF #108).

4.     On August 11, 2021, the government produced initial discovery, which included many of the underlying reports for the new law violation, but not the audio, video, and photographic evidence.

5.     On August 12, 2021, at a status conference, Defendant requested the additional audio video discovery.  The Court set a deadline for August 18, 2021 for the government to produce that evidence.  (ECF #115).

6.     On August 16, 2021, the government produced all discovery in its possession which included the requested audio and video evidence.  Specifically, the produced evidence included:  (i) audio of defendant's interview with police, (ii) audio of his fellow hotel room occupant's interview with police, (iii) body cam, and (iv) search pictures.  The government has advised, and hereby again advises, that it has in possession electronic devices and other physical evidence (a firearm, drugs, documents, etc.).  Those items are available for inspection at defendant's request.

7.     The government has been reviewing the discovery to evaluate potential new Federal charges.

8.     On August 31, 2021, the government extended a plea offer to the defendant.

9.     Counsel for defendant also desires additional time to consult with her client, review the charges, conduct investigation and research, review discovery and discuss the plea offer with her client.

///
///
///
///
///
///
///
///
///
///
///

JOINT STATUS REPORT AND STIPULATION; PROPOSED ORDER

10.     Thus, by this stipulation, the parties now move to continue the status conference until September 9, 2021.

IT IS SO STIPULATED.


Dated:  August 31, 2021                    PHILLIP A. TALBERT
                                           Acting United States Attorney


                                           /s/ JEFFREY A. SPIVAK
                                           JEFFREY A. SPIVAK
                                           Assistant United States Attorney


Dated:  August 31, 2021                    HEATHER E. WILLIAMS
                                           Federal Defender


                                           /s/ CHRISTINA CORCORAN
                                           CHRISTINA CORCORAN
                                           Assistant Federal Defender
                                           Counsel for Defendant
                                           JUSTIN L. ANDERSON




**ORDER**

Pursuant to the parties' stipulation, the status conference shall be continued until September 9, 2021.

IT IS SO ORDERED.

Dated:   **September 1, 2021**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE