PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                v.<br><br>JUSTIN L. ANDERSON<br><br>                        Defendant. | CASE NO.  1:19-CR-00115-DAD-SKO<br><br>JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: September 23, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

This case is set for status conference on September 23, 2021.  The parties request a continuance to October 1, 2021 to discuss potential resolution.

**JOINT STATUS REPORT AND STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby submit this joint status report and also stipulate as follows:

1.      By previous order, this matter was set for status on September 23, 2021.  By this stipulation, the parties now move to continue the status conference until October 1, 2021 to discuss a plea offer the government has extended to the defendant.

2.      Counsel for defendant also desires additional time to consult with her client, review the charges, conduct investigation and research, review discovery and discuss the plea offer with her client.

///

3.      Thus, by this stipulation, the parties now move to continue the status conference until October 1, 2021.

IT IS SO STIPULATED.

Dated:  September 22, 2021                  PHILLIP A. TALBERT
                                            Acting United States Attorney


                                            /s/ JEFFREY A. SPIVAK
                                            JEFFREY A. SPIVAK
                                            Assistant United States Attorney


Dated:  September 22, 2021                  HEATHER E. WILLIAMS
                                            Federal Defender


                                            /s/ CHRISTINA CORCORAN
                                            CHRISTINA CORCORAN
                                            Assistant Federal Defender
                                            Counsel for Defendant
                                            JUSTIN L. ANDERSON




**ORDER**

IT IS SO ORDERED.


DATED:  *9/22/2021*                 */s/ Sheila K. Oberto*
                                    HON. SHEILA K. OBERTO
                                    UNITED STATES MAGISTRATE JUDGE