HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar #5118427
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUSTIN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ANDERSON,<br><br>Defendant. | Case No. 1:19-cr-00115-DAD-SKO<br><br>**STIPULATION AND ORDER TO SET STATUS CONFERENCE AND BAIL REVIEW HEARING** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey A. Spivak, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Justin Anderson, that the matter be set for a status conference and bail review hearing before the Honorable Sheila K. Oberto on Thursday, November 18, 2021, at 2:00 p.m.

At the hearing, the parties will set forth their proposed resolution of the matter. Specifically, Mr. Anderson is prepared to enter an admission to certain charges, and the parties are jointly requesting his release to Solid Rock Recovery, a residential treatment program in Nipomo, California, which has been arranged through the Department of Veteran Affairs, VA Central California Healthcare System. The program placement requires Mr. Anderson's release on Friday, November 19, 2021, at 9:00 a.m. The parties have further agreed that Mr. Anderson should be released to Kevin Mitchel, a social worker with the Office of the Federal Defender.

Mr. Mitchel will transport Mr. Anderson to the V.A. facility in Fresno and will wait with Mr. Anderson until he is picked up that morning by Solid Rock Recovery for transport to their program in Nipomo, California.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 17, 2021       /s/ *Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Justin Anderson

PHILLIP A. TALBERT
Acting United States Attorney

Date: November 17, 2021       /s/ *Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEARBY ORDERED that the matter be set for a status conference and bail review hearing on November 18, 2021, at 2:00 p.m.

Dated: 11/17/2021       */s/Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
United States Magistrate Judge

Anderson: Stipulation and Proposed Order