HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar #5118427
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUSTIN L. ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN L. ANDERSON,<br><br>Defendant. | Case No. 1:19-cr-00115-DAD-SKO<br><br>**ORDER FOR RELEASE AND TRANSPORT TO PROGRAM** |

IT IS HEREBY ORDERED that defendant Justin L. Anderson (Fresno County Sheriff's Booking No. 2123055; Person ID 7025165) shall be released to the custody of Federal Public Defender representative Kevin Mitchel, from the Fresno County Jail on November 19, 2021 at 8:30 a.m.  Mr. Mitchel will then transport Mr. Anderson directly to the Solid Rock Recovery 230 Hans Place, Nipomo CA 93433 where he will remain to participate in the program.

While enrolled in the program, Mr. Anderson is ordered to participate and remain in the program until he satisfies the requirements of the 30 days residential treatment followed by the following treatment requirement:  1) Return to VACCHCS and complete up to 60-days of Intensive Outpatient (IOP) 5-days a week; 2) Attend Aftercare programming between 6-12 months. Aftercare consists of weekly Individual Therapy and Group Therapy sessions and could involve more specialized services if needed; 3) Random Drug Testing may be conducted; and, Mr. Anderson may be referred to community support groups during the Aftercare phase of

treatment to assist in the development of a sober support network for continued sobriety upon successful completion of the program.

During this time, Mr. Anderson will remain subject to all terms and conditions of his supervised release previously ordered as well as all other standard conditions of pretrial release. If Mr. Anderson voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions.

IT IS SO ORDERED.

Dated: 11/18/2021           /s/ Sheila K. Oberto
                            HONORABLE SHEILA K. OBERTO
                            United States Magistrate Judge