PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>           v.<br><br>JUSTIN L. ANDERSON<br><br>                     Defendant. | CASE NO. 1:19-CR-00115-DAD-SKO<br><br>JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER<br><br>DATE: May 19, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

This case is set for status conference on May 19, 2023.

The parties request a continuance to June 7, 2023, to allow recently-appointed defense counsel to further review discovery and to discuss potential resolution with the government.

**JOINT STATUS REPORT AND STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby submit this joint status report and also stipulate as follows:

1.      By previous order, this matter was set for status on May 19, 2023.  By this stipulation, the parties now move to continue the status conference until June 7, 2023 to discuss a plea offer the government has extended to the defendant, to allow recently-appointed defense counsel to review discovery, and to further discuss resolution of the case.

2.      Counsel for defendant also desires additional time to consult with her client, review the

charges, conduct investigation and research, review discovery and discuss the plea offer with her client.

3. Thus, by this stipulation, the parties now move to continue the status conference until June 7, 2023.

IT IS SO STIPULATED.

Dated: May 17, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: May 17, 2023

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
JUSTIN L. ANDERSON

**ORDER**

IT IS SO ORDERED.

DATED: 5/18/2023

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE