PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00115-DAD-SKO |
|---|---|
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | DATE: July 26, 2023 |
| JUSTIN L. ANDERSON | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

This case is set for status conference on July 26, 2023. Although the Court has indicated it would grant no further continuances, the parties believe there is good cause to grant one additional and brief continuance to August 3, 2023.

**JOINT STATUS REPORT AND STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby submit this joint status report and also stipulate as follows:

1. By previous order, this matter was set for status on July 26, 2023.

2. This case involves a supervised release violation and some potential new criminal charges. Until last week, the parties were making headway towards a global resolution of the case. Those discussions have now terminated.

3. The government intends to present the case to the grand jury for charging by August 3,

JOINT STATUS REPORT AND STIPULATION; ORDER                1

2023.  Government counsel has been limited, as continues to be limited, by a medical issue.  The potential new criminal charges relate to the subject matter of the supervised release case.  Thus, if an indictment were returned by the grand jury, this supervised release case would likely be joined with, and trail, that new indictment.

      4.     By this stipulation, the parties now move to continue the status conference in this matter until August 3, 2023 at 2:00 pm.

      IT IS SO STIPULATED.

Dated:  July 19, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  July 19, 2023

/s/ Monica Bermudez
Monica Bermudez
Attorney at Law
Counsel for Defendant
JUSTIN L. ANDERSON

**ORDER**

IT IS SO ORDERED.

Dated:  **July 19, 2023**

UNITED STATES MAGISTRATE JUDGE

JOINT STATUS REPORT AND STIPULATION; ORDER    2