PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS.  1:23-CR-00150-JLT-SKO |
| --- | --- |
| Plaintiff, | 1:19-CR-00115-JLT-SKO |
| v. | JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| JUSTIN L. ANDERSON, | |
| Defendants. | TRIAL DATE: July 23, 2024 TIME: 9:00 A.m. COURT: Hon. Jennifer L. Thurston |

This case is set for jury trial on July 23, 2024. As set forth below, the parties now move, by stipulation, to continue the jury trial to September 4, 2024 and to exclude the time period between July 23, 2024 and September 4, 2024 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set trial on July 23, 2024.

2. By this stipulation, and to accommodate the schedule of the Court and defense counsel, the parties now move to continue the jury trial to September 4, 2024, and to exclude time between July 23, 2024 and September 4, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case is

1  includes hundreds of pages of documents, financial records, witness interviews, investigative
2  reports, and other evidence.  All of this discovery has been either produced directly to counsel
3  and/or made available for inspection and copying.
4      b)   Counsel for defendant desires additional time to consult with his/her client,
5  review the charges, conduct investigation and research, review discovery, discuss potential
6  resolution of the case, and prepare for trial.
7      c)   Counsel for defendant believes that failure to grant the above-requested
8  continuance would deny him/her the reasonable time necessary for effective preparation, taking
9  into account the exercise of due diligence.
10     d)   The government joins the request.
11     e)   Based on the above-stated findings, the ends of justice served by continuing the
12  case as requested outweigh the interest of the public and the defendant in a trial within the
13  original date prescribed by the Speedy Trial Act.
14     f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15  et seq., within which trial must commence, the time period of July 23, 2024 to September 4,
16  2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
17  T4] because it results from a continuance granted by the Court at defendant's request on the basis
18  of the Court's finding that the ends of justice served by taking such action outweigh the best
19  interest of the public and the defendant in a speedy trial.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 17, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  May 17, 2024

/s/ Monica Bermudez
Monica Bermudez
Counsel for Defendant
Justin L. Anderson

**FINDINGS AND ORDER**

IT IS SO ORDERED that the jury trial in this case is continued from July 23, 2024 to September 4, 2024. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **May 17, 2024**

UNITED STATES DISTRICT JUDGE