1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, Bar #344683
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JUSTIN ANDERSON

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case Nos. 1:23-cr-00150-JLT-SKO
                                                   1:19-cr-00115-JLT-SKO
12              Plaintiff,
                                       STIPULATION TO CONTINUE SENTENCING
13  vs.                                HEARING; ORDER

14  JUSTIN ANDERSON,

15              Defendant.

16

17         **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

19  Federal Defender Christina M. Corcoran, counsel for defendant JUSTIN ANDERSON, that the

20  Court may continue the sentencing hearing from April 28, 2025 to May 19, 2025.

21         The requested continuance is necessary for the defense to complete its investigation

22  pertaining to sentencing, as defense counsel was only recently assigned to this case for the

23  sentencing phase of the proceedings.  Counsel for the government and Probation have no

24  objection to the requested change of date.

25         As this is a sentencing hearing, no exclusion of time is necessary.

26  ///

27  ///

28  ///

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: April 9, 2025                    */s/ Jeffrey Spivak*_____ _____
                                       JEFFREY SPIVAK
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: April 9, 2025                    */s/ Christina M. Corcoran*____
                                       CHRISTINA M. CORCORAN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JUSTIN ANDERSON


## **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for April 28, 2025, to May 19, 2025.


IT IS SO ORDERED.

Dated:   **April 10, 2025**

UNITED STATES DISTRICT JUDGE

Anderson  / Stipulation and
Proposed Order